**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA

v.                                                                                    CASE NO: 8:06-cr-236-T-26MAP
                                                                                                      8:06-cr-321-T-26MSS

DREW DEMING
_____/

## **O R D E R**

Upon due consideration of the parties' written submissions and oral arguments, and for the reasons announced on the record at the revocation hearing held in this case this day, it is ordered and adjudged as follows:

1) Defendant's Motion to Dismiss Petition and to Terminate Supervised Release (Dkt. 38) is granted.

2) Defendant's term of supervised release is terminated.

3) The United States Marshal is directed to immediately release Defendant from custody.

**DONE AND ORDERED** at Tampa, Florida, on September 18, 2008.

                      s/*Richard A. Lazzara*
                      **RICHARD A. LAZZARA**
                      **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record

U.S. Marshal

U.S. Marshal